# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Dustin Ernest Langan, ) | Case No. 1:24-cr-026 |
| ) | |
| Defendant. ) | |

On September 26, 2024, the court issued an order granting Defendant's motion for release from custody. (Doc. No. 36). The order provided in relevant part that Defendant shall be conditionally released to Providence House staff no earlier than 10:30 AM on September 27, 2024, for transport to Providence House. It further provided that Defendant was to remain in custody pending further order if he could not be transported to Providence House as anticipated.

On September 27, 2024, Defendant filed a "Motion Modifying Order Granting Release from Custody." (Doc. No. 37). He advises that several outstanding warrants regarding unpaid child support were discovered after the court issued its September 26, 2024, and he was not released and/or that he could not be transported as anticipated on September 27, 2024. He further advises that these warrants have now been resolved. He requests that the court modify its September 27, 2024, order to allow him to be released on September 30, 2024.

There being no objection from the United States, the court **GRANTS** Defendant's motion. The court amends its September 26, 2024, order as follows. Defendant shall be released to Providence House staff on September 30, 2024, at 10:00 AM. Defendant release shall be subject to the conditions set forth in the court's September 26, 2024, order.

**IT IS SO ORDERED.**

Dated this 27th day of September, 2024.

<u>/s/ Charles S. Miller, Jr.</u><br>
Charles S. Miller, Jr., Magistrate Judge<br>
United States District